**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 13, 2022 |
| **USA v. Donnae Barlow** | **Case Number:** 22-04427MJ-002-PCT-CDB |

**Assistant U.S. Attorney:** Paul Stearns for Dimitra Hotis Sampson
**Attorney for Defendant:** Roberta J. McVickers, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**STATUS HEARING:**
Parties are requesting a Preliminary Hearing.

**Preliminary Hearing** set for Thursday, December 15, 2022 at 1:30 p.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                     **SH     5 min**
**Deputy Clerk** Christina Davison

**Start:  10:47 am**
**Stop:   10:52 am**